UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| APRIL FREEMAN,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO. 1:21-cv-00072 |
| | ) |
| ROQUE'S, INC. d/b/a<br>CEBOLLA'S MEXICAN GRILL,<br>    Defendant. | )<br>)<br>) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, April Freeman, by counsel, and Defendant, Roque's, Inc., d/b/a Cebolla's Mexican Grill, by counsel, and hereby stipulate to dismiss the above cause of action with prejudice.

/s/ John C. Theisen
John Theisen, #549-02
Theisen & Associates, LLC
Attorney for Plaintiff

/s/ David E. Bailey
David E. Bailey, # 21527-02
FLETCHER VAN GILDER, LLP
Attorney for Defendant

1